JOSEPH SITO, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

Argued January 19, 1942; decided March 5, 1942.

*Harry Elegant* and *Charles Wilson* for appellant.
*David Asch* and *Peter Keber* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.